R # 566517

## EASTERN DISTRICT OF MICHIGAN
## SOUTHERN DIVISION

VICTORIA LAWRENCE,
Plaintiff,

v.

Case: 5:08-cv-10272
Judge: O'Meara, John Corbett
Referral MJ: Morgan, Virginia M
Filed: 01-17-2008 At 04:26 PM
CMP: LAWRENCE V. COLLECTCORP CORP ( NH)

**COMPLAINT AND JURY DEMAND**

COLLECTCORP CORPORATION,
Defendant.

---

## I
## INTRODUCTION

1. This lawsuit is brought by Plaintiff, Victoria Lawrence for Defendants, Collectcorp Corporation and Bank of America's actions in collecting a debt under 15 USC 1692 under the Fair Debt Collection Practices Act, as well as other theories based on State statute and common law, and seek imposition of civil penalties including actual, exemplary and punitive damages, treble damage where available, and award of costs, including attorney fees.

## II
## JURISDICTION AND VENUE

2. This Court has subject matter jurisdiction under 28 USC 1331, 15 USC 1692 and 28 USC 1367 for pendent state law claims.

3. Venue is proper in the Eastern District of the State of Michigan where the Defendants conduct business and the cause of action arose in the District.

## III
## PARTIES

### Plaintiffs

4. Plaintiff, Victoria Lawrence is a resident of the city of Burton, Genesee County, Michigan.

### Defendants

5. Defendant, Collectcorp Corporation is an Arizona debt collection company, engaged in the business of collecting debts in Genesee County, Michigan.

## IV
## FACTS

6. Plaintiff, Victoria Lawrence got behind on her credit card payments, resulting in a campaign of harassment and mental torture against her by Defendant, Collectcorp.

7. Defendant's agents called Ms. Lawrence upto 20-25 times per day, making numerous threats against her if she did not pay her outstanding bill in full.

8. Ms. Lawrence's husband was extremely ill and she requested that Defendant not call so many times as it was very disruptive and harmful to her husband.

9. Defendant ignored Ms. Lawrence's pleas, continuing to call as before.

10. Among the many threats made, Defendant's agents threatened "I'm going to get you one way or the other," and to threaten Ms. Lawrence's husband's credit.

11. Defendant's agents called Ms. Lawrence a "low life."

# V
# CAUSES OF ACTION

## COUNT I – VIOLATION OF THE FAIR DEBT COLLECTION PRACTICES ACT (FDCPA) UNDER 15 U.S.C. § 1692

12. Defendant is liable to Plaintiff for violation of her rights under the Fair Debt Collection Practices Act (FDCPA) under 15 U.S.C. § 1692.

13. Defendant is a "debt collectors," as defined by the FDCPA.

14. Defendant harassed, abused and oppressed Plaintiff, using unfair and unconscionable means to collect a debt in violation of the FDCPA, causing emotional distress and damages.

## COUNT II – VIOLATION OF THE MICHIGAN CONSUMER PROTECTION ACT UNDER MCL 445.901

43. Defendant is liable to Plaintiff for violation of the Michigan Consumer Protection Act under MCL 445.901.

44. Defendants violated Plaintiffs' rights under the MCPA by engaging in harassing, abusive, oppressive an unfair means to collect a debt, causing emotional distress and damages.

## COUNT III – VIOLATION OF THE MICHIGAN OCCUPATIONAL CODE AS ALTERNATIVE TO CLAIMS UNDER THE MICHIGAN COLLECTION PRACTICES ACT

45. Defendant is a debt collection agency under the Michigan Occupational Code, MCL 339.901(b).

46. Plaintiff is a debtor under the same statute.

47. Defendant's willful conduct in attempting to collect on the debt is a violation of the Code, causing Plaintiff emotional distress and damages.

## COUNT IV – VIOLATION OF THE DEBT COLLECTION PRACTICES ACT AS AN ALTERNATIVE TO THE CLAIMS UNDER THE MICHIGAN OCCUPATIONAL CODE

48. Defendant is a "regulated person" under the Michigan Debt Collection Practices Act, MCL 445.251(g)(xi).

49. Defendant's conduct in attempting to collect the debt against Plaintiff constitutes wilfull violation of the Michigan Debt Collection Practices Act, causing Plaintiff emotional distress and damages.

## REQUEST FOR RELIEF

WHEREFORE, Plaintiff respectfully request that judgment be entered against the Defendant for the following:

A. Actual damages;

B. Statutory damages;

C. Punitive and exemplary damages;

D. Treble damages;

E. Costs and reasonable attorney fees; and

F. Such other and further relief as may be just and proper.

PLAINTIFF DEMANDS TRIAL BY JURY

Dated: 1/17/08

Respectfully submitted,

Rex C. Anderson (P47068)
Attorney for Plaintiff
9459 Lapeer Rd., Suite 101
Davison, MI 48423
(810) 653-3300
rex@rexandersonpc.com

# CIVIL COVER SHEET

County in which this action arose **Genesee**

The civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM.)

## (a) PLAINTIFFS
VICTORIA LAWRENCE

**(b)** County of Residence of First Listed Plaintiff: **GENESEE**
(EXCEPT IN U.S. PLAINTIFF CASES)

**(c)** Attorney's (Firm Name, Address, and Telephone Number)
REX C. ANDERSON, 9459 Lapeer, Davison, MI 48423  810-653-3300

## DEFENDANTS
COLLECTCORP CORPORATION
MARICOPA COUNTY

County of Residence of First Listed Defendant: **STATE OF ARIZONA**

Case: 5:08-cv-10272
Judge: O'Meara, John Corbett
Referral MJ: Morgan, Virginia M
Filed: 01-17-2008 At 04:26 PM
CMP: LAWRENCE V. COLLECTCORP CORP (NH)

## II. BASIS OF JURISDICTION (Select One Box Only)
- ☐ 1 U.S. Government Plaintiff
- ☒ 3 Federal Question (U.S. Government Not a Party)
- ☐ 2 U.S. Government Defendant
- ☐ 4 Diversity (Indicate Citizenship of Parties in Item III)

## III. CITIZENSHIP OF PRINCIPAL PARTIES (Select One Box for Plaintiff and One Box for Defendant)
(For Diversity Cases Only)

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☒ 1 | ☐ 1 | Incorporated or Principal Place of Business In This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business In Another State | ☐ 5 | ☒ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. NATURE OF SUIT (Select One Box Only)

| CONTRACT | TORTS | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|
| ☐ 110 Insurance | **PERSONAL INJURY** | ☐ 610 Agriculture | ☐ 422 Appeal 28 USC 158 | ☐ 400 State Reapportionment |
| ☐ 120 Marine | ☐ 310 Airplane | ☐ 620 Other Food & Drug | ☐ 423 Withdrawal 28 USC 157 | ☐ 410 Antitrust |
| ☐ 130 Miller Act | ☐ 315 Airplane Product Liability | ☐ 625 Drug Related Seizure of Property 21 USC 881 | | ☐ 430 Banks and Banking |
| ☐ 140 Negotiable Instrument | ☐ 320 Assault, Libel & Slander | ☐ 630 Liquor Laws | **PROPERTY RIGHTS** | ☐ 450 Commerce |
| ☐ 150 Recovery of Overpayment & Enforcement of Judgment | **PERSONAL INJURY** | ☐ 640 R.R. & Truck | ☐ 820 Copyrights | ☐ 460 Deportation |
| ☐ 151 Medicare Act | ☐ 362 Personal Injury - Med. Malpractice | ☐ 650 Airline Regs. | ☐ 830 Patent | ☐ 470 Racketeer Influenced and Corrupt Organizations |
| ☐ 152 Recovery of Defaulted Student Loans (Excl. Veterans) | ☐ 365 Personal Injury - Product Liability | ☐ 660 Occupational Safety/Health | ☐ 840 Trademark | ☒ 480 Consumer Credit |
| ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 368 Asbestos Personal Injury Product Liability | ☐ 690 Other | | ☐ 490 Cable/Sat TV |
| ☐ 160 Stockholders' Suits | ☐ 330 Federal Employers' Liability | **LABOR** | **SOCIAL SECURITY** | ☐ 810 Selective Service |
| ☐ 190 Other Contract | ☐ 340 Marine | ☐ 710 Fair Labor Standards Act | ☐ 861 HIA (1395ff) | ☐ 850 Securities/Commodities/ Exchange |
| ☐ 195 Contract Product Liability | ☐ 345 Marine Product Liability | ☐ 720 Labor/Mgmt. Relations | ☐ 862 Black Lung (923) | ☐ 875 Customer Challenge 12 USC 3410 |
| ☐ 196 Franchise | ☐ 350 Motor Vehicle | ☐ 730 Labor/Mgmt.Reporting & Disclosure Act | ☐ 863 DIWC/DIWW (405(g)) | ☐ 890 Other Statutory Actions |
| | ☐ 355 Motor Vehicle Product Liability | **PERSONAL PROPERTY** | ☐ 864 SSID Title XVI | ☐ 891 Agricultural Acts |
| | ☐ 360 Other Personal Injury | ☐ 370 Other Fraud | ☐ 865 RSI (405(g)) | ☐ 892 Economic Stabilization Act |
| **REAL PROPERTY** | **CIVIL RIGHTS** | ☐ 371 Truth in Lending | **FEDERAL TAX SUITS** | ☐ 893 Environmental Matters |
| ☐ 210 Land Condemnation | ☐ 441 Voting | ☐ 380 Other Personal Property Damage | ☐ 870 Taxes (U.S. Plaintiff or Defendant) | ☐ 894 Energy Allocation Act |
| ☐ 220 Foreclosure | ☐ 442 Employment | ☐ 385 Property Damage Product Liability | ☐ 871 IRS—Third Party 26 USC 7609 | ☐ 895 Freedom of Information Act |
| ☐ 230 Rent Lease & Ejectment | ☐ 443 Housing/ Accommodations | ☐ 740 Railway Labor Act | | ☐ 900 Appeal of Fee Determination Under Access to Justice |
| ☐ 240 Torts to Land | ☐ 444 Welfare | ☐ 790 Other Labor Litigation | | ☐ 950 Constitutionality of State Statutes |
| ☐ 245 Tort Product Liability | ☐ 445 Amer. w/Disabilities - Employment | ☐ 791 Empl. Ret. Inc. Security Act | | |
| ☐ 290 All Other Real Property | ☐ 446 Amer. w/Disabilities - Other | **PRISONER PETITIONS** | | |
| | ☐ 440 Other Civil Rights | ☐ 510 Motions to Vacate Sentence | | |
| | | **Habeas Corpus:** | | |
| | | ☐ 530 General | | |
| | | ☐ 535 Death Penalty | | |
| | | ☐ 540 Mandamus & Other | | |
| | | ☐ 550 Civil Rights | | |
| | | ☐ 555 Prison Condition | | |

## V. ORIGIN (Select One Box Only)
- ☒ 1 Original Proceeding
- ☐ 2 Removed from State Court
- ☐ 3 Remanded from Appellate Court
- ☐ 4 Reinstated or Reopened
- ☐ 5 Transferred from another district (specify)
- ☐ 6 Multidistrict Litigation
- ☐ 7 Appeal to District Judge from Magistrate Judgment

## VI. CAUSE OF ACTION
Cite the U.S. Civil Statute under which you are filing (Do not cite jurisdictional statutes unless diversity):
15 USC 1692
Brief description of cause:
This is a violation of the Fair Debt Collection Practices Act case

## VII. REQUESTED IN COMPLAINT:
☐ CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23
DEMAND $
CHECK YES only if demanded in complaint:
JURY DEMAND: ☒ Yes ☐ No

## VIII. RELATED CASE(S) IF ANY
(See instructions):
JUDGE _____ DOCKET NUMBER _____

DATE: January 17, 2008
SIGNATURE OF ATTORNEY OF RECORD: *[signature]*

**FOR OFFICE USE ONLY**
RECEIPT # _____  AMOUNT _____  APPLYING IFP _____  JUDGE _____  MAG. JUDGE _____

SUANT TO LOCAL RULE 83.11

    Is this a case that has been previously dismissed?  ☐ Yes  ☒ No

If yes, give the following information:

Court: _____

Case No.: _____

Judge: _____

2. Other than stated above, are there any pending or previously discontinued or dismissed companion cases in this or any other court, including state court? (Companion cases are matters in which it appears substantially similar evidence will be offered or the same or related parties are present and the cases arise out of the same transaction or occurrence.)  ☐ Yes  ☒ No

If yes, give the following information:

Court: _____

Case No.: _____

Judge: _____

Notes :