UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

VICTORIA LAWRENCE,

    Plaintiff,

                                      Case No. 08-10272

v.

                                      Hon. John Corbett O'Meara

COLLECTCORP CORPORATION,

    Defendant.
_____/

## **ORDER OF PARTIAL DISMISSAL**

On January 17, 2008, Plaintiff Victoria Lawrence filed a complaint alleging four causes of action: Count I, violation of the Fair Debt Collection Practices Act; Count II, violation of the Michigan Consumer Protection Act; Count III, violation of the Michigan Occupational Code; and Count IV, violation of the Michigan Debt Collection Practices Act. Plaintiff does not allege that diversity jurisdiction exists. Although Plaintiff's federal cause of action is cognizable in this court pursuant to 28 U.S.C. § 1331, the remaining allegations present claims based on state law. This court declines to exercise supplemental jurisdiction over Plaintiff's state law claims so as to avoid jury confusion. See 28 U.S.C. § 1367(c); United Mine Workers v. Gibbs, 383 U.S. 715 (1966); Padilla v. City of Saginaw, 867 F. Supp. 1309 (E.D. Mich. 1994).

Accordingly, IT IS HEREBY ORDERED that Counts II, III, and IV of Plaintiff's complaint are DISMISSED.

                                                s/John Corbett O'Meara
                                                United States District Judge

Date: January 31, 2008

I hereby certify that a copy of the foregoing document was served upon the parties of record on this date, January 31, 2008, by electronic and/or ordinary mail.

>

 s/William Barkholz
 Case Manager