UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

VICTORIA LAWRENCE,

        Plaintiff,

v

        Case no. 08-10272

        Hon. John Corbett O'Meara

COLLECTCORP CORPORATION,

        Defendant.

_____/

## ORDER OF DISMISSAL

Pursuant to the Notice of Dismissal filed on July 23, 2008, and the court being fully advised;

IT IS HEREBY ORDERED that this matter is DISMISSED with prejudice.

        s/John Corbett O'Meara
        United States District Judge

Date: July 24, 2008

I hereby certify that a copy of the foregoing document was served upon the parties of record on this date, July 24, 2008, by electronic and/or ordinary mail.

        s/William Barkholz
        Case Manager